IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


WALTER HOLLEY,

    Plaintiff,

v.                                    CASE NO.  4:17cv27-RH/CAS

KRESHENDA COLBERT et al.,

    Defendants.

_____/

## ORDER DENYING AN INJUNCTION

    This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 10, and the objections ECF No. 11. I have reviewed de novo the issues raised by the objections.

    The report and recommendation correctly concludes that the plaintiff's motions for a preliminary injunction should be denied. This does not mean, however, that correctional authorities may properly prevent the plaintiff from making copies needed for pursuing the litigation, so long as the plaintiff complies with any applicable policies. The defendants' attorney should check to ensure that correctional authorities are not interfering with the plaintiff's ability to proceed

with the case. And the law already imposes an obligation to preserve relevant records.

None of this should be taken as a suggestion that any interference with the plaintiff's ability to pursue the litigation or any spoliation of evidence has in fact occurred.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motions for an injunction, ECF Nos. 4 and 7, are denied. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 15, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge