# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WALTER HOLLEY,

      Plaintiff,

v.                            CASE NO.  4:17cv27-RH/CAS

KRESHENDA COLBERT et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 20, 2017.

                    s/Robert L. Hinkle_____
                    United States District Judge